**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 09-13421-JBS |
|---|---|---|
| | § | |
| Excell Calhoun, JR | § | |
| Jacqueline D Calhoun | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 13 of the United States Bankruptcy Code was filed on 04/15/2009. The case was converted to one under Chapter 7 on 02/14/2013. The undersigned trustee was appointed on 03/19/2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of  $11,283.44

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $0.00 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $4,000.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $7,283.44 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 06/20/2013 and the deadline for filing government claims was 06/20/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,478.34. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,478.34, for a total compensation of $1,478.34[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/13/2014                    By:   /s/ Gus A. Paloian
                                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page No: 1     Exhibit A

| Case No.: | 09-13421-JBS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | Date Filed (f) or Converted (c): | 02/14/2013 (c) |
| For the Period Ending: | 3/13/2014 | §341(a) Meeting Date: | 03/13/2013 |
| | | Claims Bar Date: | 06/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| **Ref. #** | | | | | |
| 1  Homestead located at 16942 Briargate Dr., Country Club Hills, IL 60478 Joint on deed, wife's name only on mortgage Value per comps | $123,466.00 | $0.00 | | $0.00 | FA |
| 2  Rental Property located at 7440 S. Parnell, Chicago, IL, 60621 Value per comps | $72,966.00 | $70,535.00 | | $0.00 | FA |
| 3  Shore Bank savings account | $500.00 | $0.00 | | $0.00 | FA |
| 4  Chase checking/savings account | $300.00 | $0.00 | | $0.00 | FA |
| 5  Used furniture and household goods | $500.00 | $0.00 | | $0.00 | FA |
| 6  Used clothing | $500.00 | $0.00 | | $0.00 | FA |
| 7  401K - 100% exempt | $10,000.00 | $0.00 | | $0.00 | FA |
| 8  2008 Federal Income Tax Refund - $8123, spent on property repairs, credit card repayment $2000 remaining | $2,000.00 | $0.00 | | $0.00 | FA |
| 9  2004 Chevrolet Malibu Sedan 4D, 93,000 Miles Value per NADA | $6,500.00 | $4,100.00 | | $11,283.44 | FA |
| 10  2004 Ford F150 Pickup-1/2 Ton-V8 Regular Cab XLT, 63,000 Miles Value per NADA | $9,900.00 | $0.00 | | $0.00 | FA |
| **TOTALS (Excluding unknown value)** | **$226,632.00** | **$74,635.00** | | **$11,283.44** | **Gross Value of Remaining Assets** **$0.00** |

**Major Activities affecting case closing:**
The Trustee administered the asset and the insurance loss proceeds were deposited into the account on March 20, 2013. The claims bar date was June 20, 2013. The Trustee is in the process of resolving secured claims in order to close the case.

**Initial Projected Date Of Final Report (TFR):** 09/30/2013     **Current Projected Date Of Final Report (TFR):**

/s/ GUS A. PALOIAN

GUS A. PALOIAN

# FORM 2
## CASH RECEIPTS AND DISBURSEMENTS RECORD

| | | |
|---|---|---|
| **Case No.** | 09-13421-JBS | |
| **Case Name:** | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | |
| **Primary Taxpayer ID #:** | **-***8962 | |
| **Co-Debtor Taxpayer ID #:** | **-***8963 | |
| **For Period Beginning:** | 4/15/2009 | |
| **For Period Ending:** | 3/13/2014 | |

| | |
|---|---|
| **Trustee Name:** | Gus A. Paloian |
| **Bank Name:** | East West Bank |
| **Checking Acct #:** | ******0218 |
| **Account Title:** | EXCELL AND JACQUELINE CALHOUN |
| **Blanket bond (per case limit):** | $5,000,000.00 |
| **Separate bond (if applicable):** | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2013 | (9) | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | INSURANCE LOSS SETTLEMENT PROCEEDS | 1129-000 | $11,283.44 | | $11,283.44 |
| 03/26/2013 | 1001 | JACQUELINE D. CALHOUN | DEBTOR'S EXEMPTION | 8100-002 | | $4,000.00 | $7,283.44 |
| 02/07/2014 | 1002 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $5.83 | $7,277.61 |
| 02/07/2014 | 1002 | STOP PAYMENT: INTERNATIONAL SURETIES | BOND PREMIUM ALLOCATION ERROR | 2300-004 | | ($5.83) | $7,283.44 |
| | | | **TOTALS:** | | $11,283.44 | $4,000.00 | $7,283.44 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $11,283.44 | $4,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $4,000.00 | |
| | | | **Net** | | $11,283.44 | $0.00 | |

| For the period of 4/15/2009 to 3/13/2014 | | For the entire history of the account between 03/20/2013 to 3/13/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,283.44 | Total Compensable Receipts: | $11,283.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,283.44 | Total Comp/Non Comp Receipts: | $11,283.44 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $4,000.00 | Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 | Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-13421-JBS | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8962 | | Checking Acct #: | ******0218 |
| Co-Debtor Taxpayer ID #: | **-***8963 | | Account Title: | EXCELL AND JACQUELINE CALHOUN |
| For Period Beginning: | 4/15/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 3/13/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $11,283.44 | $4,000.00 | $7,283.44 |

| For the period of 4/15/2009 to 3/13/2014 | | For the entire history of the case between 02/14/2013 to 3/13/2014 | |
|---|---|---|---|
| Total Compensable Receipts: | $11,283.44 | Total Compensable Receipts: | $11,283.44 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,283.44 | Total Comp/Non Comp Receipts: | $11,283.44 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $0.00 | Total Compensable Disbursements: | $0.00 |
| Total Non-Compensable Disbursements: | $4,000.00 | Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 | Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

| Case No.: | 09-13421-JBS | | | | | | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | | | | | | | | Date: | 3/13/2014 |
| Claims Bar Date: | 06/20/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | GUS A. PALOIAN, TRUSTEE<br>131 S. DEARBORN STREET<br>SUITE 2400<br>CHICAGO  60603 | 02/11/2014 | Trustee Compensation | Allowed | 2100-000 | $0.00 | $1,478.34 | $1,478.34 | $0.00 | $0.00 | $0.00 | $1,478.34 |
| **Claim Notes:** | FIRST AND FINAL APPLICATION FOR COMPENSATION | | | | | | | | | | | |
| ADMIN | JACQUELINE D. CALHOUN | 03/26/2013 | Debtor Exemptions | Allowed | 8100-002 | $0.00 | $4,000.00 | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| 2 | SHERWIN WILLIAMS CREDIT UNION<br>16230 Prince Drive<br>South Holland IL 60473 | 04/27/2009 | SECURED CLAIMS | Disallowed | 4110-000 | $0.00 | $10,367.00 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | HSBC AUTO FINANCE<br>PO Box 829009<br>Dallas TX 75382 | 05/20/2009 | SECURED CLAIMS | Withdrawn | 4110-000 | $0.00 | $16,705.20 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK<br>MAC X2303-01A<br>PO Box 14469<br>Des Moines IA 50306-9655 | 05/26/2009 | SECURED CLAIMS | Withdrawn | 4110-000 | $0.00 | $26,036.19 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (5-1) Real Estate(5-2) Real Estate | | | | | | | | | | | |
| 14 | WELLS FARGO BANK MINNESOTA NA<br>America's Servicing Co (EAgle Capital)<br>3476 Stateview Blvd<br>Fort Mill SC 29715 | 07/01/2009 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $39,323.59 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (14-1) 106-XXXXXX4044 | | | | | | | | | | | |
| 26 | HSBC MORTGAGE SERVICES, INC.<br>PO Box 21188<br>Eagan MN 55121 | 09/30/2009 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $71,215.61 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| **Claim Notes:** | (26-1) loan number ending in 6948 --- total arrears&#036;275.00 | | | | | | | | | | | |

| Case No.: | 09-13421-JBS | | | | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | | | | | | | | | | Date: | 3/13/2014 |
| Claims Bar Date: | 06/20/2013 | | | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 27 | CITY OF CHICAGO DEPARTMENT OF WATER<br>333 South State Street<br>Suite ll10<br>Chicago IL 60604 | 12/11/2009 | SECURED CLAIMS | Allowed | 4110-000 | $0.00 | $644.38 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | WELLS FARGO BANK, N.A.<br>c/o Wells Fargo Card Services<br>P.O. Box 9210<br>Des Moines IA 50306 | 04/22/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,985.03 | $1,985.03 | $0.00 | $0.00 | $0.00 | $1,985.03 |
| 3 | DELL FINANCIAL SERVICES L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville SC 29603-0390 | 04/30/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $332.51 | $332.51 | $0.00 | $0.00 | $0.00 | $332.51 |
| 6 | CHASE BANK USA NA<br><br>PO BOX 15145<br>Wilmington DE 19850-5145 | 05/26/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $299.13 | $299.13 | $0.00 | $0.00 | $0.00 | $299.13 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 41067<br>Norfolk VA 23541 | 05/27/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $8,878.31 | $8,878.31 | $0.00 | $0.00 | $0.00 | $8,878.31 |
| 8 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>PO Box 41067<br>Norfolk VA 23541 | 05/27/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $644.81 | $644.81 | $0.00 | $0.00 | $0.00 | $644.81 |
| 9 | PREMIER BANKCARD/CHARTER<br>PO BOX 2208<br>Vacaville CA 95696 | 06/09/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $379.37 | $379.37 | $0.00 | $0.00 | $0.00 | $379.37 |

| Case No.: | 09-13421-JBS | | | | | | | | Trustee Name: | Gus A. Paloian |
|---|---|---|---|---|---|---|---|---|---|---|
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | | | | | | | | Date: | 3/13/2014 |
| Claims Bar Date: | 06/20/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 10 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS GA 30091 | 06/22/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $2,569.59 | $2,569.59 | $0.00 | $0.00 | $0.00 | $2,569.59 |
| 11 | ECAST SETTLEMENT CORPORATION POB 35480 Newark NJ 07193-5480 | 06/22/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $10,180.22 | $10,180.22 | $0.00 | $0.00 | $0.00 | $10,180.22 |
| 12 | CAPITAL ONE BANK (USA), N.A. C/O TSYS DEBT MANAGEMENT (TDM) PO BOX 5155 NORCROSS GA 30091 | 06/22/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,179.87 | $1,179.87 | $0.00 | $0.00 | $0.00 | $1,179.87 |
| 13 | PRA RECEIVABLES MANAGEMENT, LLC As Agent Of Portfolio Recovery Assocs. c/o The Home Depot POB 41067 NORFOLK VA 23541 | 06/26/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $430.26 | $430.26 | $0.00 | $0.00 | $0.00 | $430.26 |
| 15 | EAST BAY FUNDING c/o Resurgent Capital Services PO Box 288 Greenville SC 29603 | 07/10/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $9,304.32 | $9,304.32 | $0.00 | $0.00 | $0.00 | $9,304.32 |
| 16 | EAST BAY FUNDING c/o Resurgent Capital Services PO Box 288 Greenville SC 29603 | 07/10/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $4,968.08 | $4,968.08 | $0.00 | $0.00 | $0.00 | $4,968.08 |

| Case No.: | 09-13421-JBS | | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | | | | | | | | Date: | 3/13/2014 |
| Claims Bar Date: | 06/20/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | JEFFERSON CAPITAL SYSTEMS LLC<br> Purchased From BARCLAYS BANK DELAWARE<br> PO BOX 7999<br> SAINT CLOUD MN 56302-9617 | 07/13/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $921.21 | $921.21 | $0.00 | $0.00 | $0.00 | $921.21 |
| 18 | HSBC BANK USA NA<br><br> PO Box 2103<br> Buffalo NY 14240 | 07/13/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,784.63 | $1,784.63 | $0.00 | $0.00 | $0.00 | $1,784.63 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br> PO BOX 41067<br> NORFOLK VA 23541 | 07/15/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $964.30 | $964.30 | $0.00 | $0.00 | $0.00 | $964.30 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br> PO Box 41067<br> Norfolk VA 23541 | 07/15/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $459.89 | $459.89 | $0.00 | $0.00 | $0.00 | $459.89 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br> PO Box 41067<br> Norfolk VA 23541 | 07/15/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,205.29 | $1,205.29 | $0.00 | $0.00 | $0.00 | $1,205.29 |
| 22 | LVNV FUNDING LLC ITS SUCCESSORS AND ASSIGNS AS<br> assignee of MHC Receivables, LLC<br> Resurgent Capital Services<br> PO Box 10587<br> Greenville SC 29603-0587 | 07/23/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $1,064.27 | $1,064.27 | $0.00 | $0.00 | $0.00 | $1,064.27 |
| 23 | ASSET ACCEPTANCE LLC / ASSIGNEE / SBC ILLINOIS<br> Po Box 2036<br> Warren MI 48090 | 07/24/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $372.55 | $372.55 | $0.00 | $0.00 | $0.00 | $372.55 |

Page No: 5        Exhibit C

## CLAIM ANALYSIS REPORT

| Case No. | 09-13421-JBS | | | | | | | | Trustee Name: | Gus A. Paloian |
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | | | | | | | | Date: | 3/13/2014 |
| Claims Bar Date: | 06/20/2013 | | | | | | | | | |

| Claim No.: | Creditor Name | Claim Date | Claim Class | Claim Status | Uniform Tran Code | Scheduled Amount | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 24 | CAPITAL ONE, N.A.<br><br>Bass & Associates, P.C.<br>3936 E. Ft. Lowell Rd., Suite 200<br>Tucson AZ 85712 | 08/03/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $461.90 | $461.90 | $0.00 | $0.00 | $0.00 | $461.90 |
| 25 | NICOR GAS<br><br>PO Box 549<br>Aurora IL 60507 | 08/10/2009 | General Unsecured 726(a)(2) | Allowed | 7100-000 | $0.00 | $688.06 | $688.06 | $0.00 | $0.00 | $0.00 | $688.06 |
| | | | | | | **$218,843.91** | **$54,551.94** | **$4,000.00** | **$0.00** | **$0.00** | | **$50,551.94** |

**CLAIM ANALYSIS REPORT**

Page No: 6  Exhibit C

| | |  | | |
|---|---|---|---|---|
| **Case No.** | 09-13421-JBS | | **Trustee Name:** | Gus A. Paloian |
| **Case Name:** | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | | **Date:** | 3/13/2014 |
| **Claims Bar Date:** | 06/20/2013 | | | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Debtor Exemptions | $4,000.00 | $4,000.00 | $4,000.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured 726(a)(2) | $49,073.60 | $49,073.60 | $0.00 | $0.00 | $0.00 | $49,073.60 |
| SECURED CLAIMS | $164,291.97 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 |
| Trustee Compensation | $1,478.34 | $1,478.34 | $0.00 | $0.00 | $0.00 | $1,478.34 |

Exhibit D

**TRUSTEE'S PROPOSED DISTRIBUTION**

Case No.: 09-13421-JBS
Case Name: Excell Calhoun, JR
Jacqueline D Calhoun
Trustee Name: Gus A. Paloian

Balance on hand: $7,283.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 14 | Wells Fargo Bank Minnesota NA | $39,323.59 | $0.00 | $0.00 | $0.00 |
| 26 | HSBC Mortgage Services, Inc. | $71,215.61 | $0.00 | $0.00 | $0.00 |
| 27 | City of Chicago Department of Water | $644.38 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors: $0.00
Remaining balance: $7,283.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $1,478.34 | $0.00 | $1,478.34 |

Total to be paid for chapter 7 administrative expenses: $1,478.34
Remaining balance: $5,805.10

Applications for prior chapter fees and administrative expenses have been filed as follows:
NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $5,805.10

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

**UST Form 101-7-TFR (5/1/2011)**

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,805.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,073.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $1,985.03 | $0.00 | $234.81 |
| 3 | Dell Financial Services L.L.C. | $332.51 | $0.00 | $39.33 |
| 6 | Chase Bank USA NA | $299.13 | $0.00 | $35.39 |
| 7 | Portfolio Recovery Associates, LLC | $8,878.31 | $0.00 | $1,050.25 |
| 8 | Portfolio Recovery Associates, LLC | $644.81 | $0.00 | $76.28 |
| 9 | Premier Bankcard/Charter | $379.37 | $0.00 | $44.88 |
| 10 | CAPITAL ONE BANK (USA), N.A. | $2,569.59 | $0.00 | $303.97 |
| 11 | eCAST Settlement Corporation | $10,180.22 | $0.00 | $1,204.26 |
| 12 | CAPITAL ONE BANK (USA), N.A. | $1,179.87 | $0.00 | $139.57 |
| 13 | PRA Receivables Management, LLC | $430.26 | $0.00 | $50.90 |
| 15 | East Bay Funding | $9,304.32 | $0.00 | $1,100.64 |
| 16 | East Bay Funding | $4,968.08 | $0.00 | $587.69 |
| 17 | Jefferson Capital Systems LLC | $921.21 | $0.00 | $108.97 |
| 18 | HSBC Bank USA NA | $1,784.63 | $0.00 | $211.11 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $964.30 | $0.00 | $114.07 |
| 20 | Portfolio Recovery Associates, LLC | $459.89 | $0.00 | $54.40 |
| 21 | Portfolio Recovery Associates, LLC | $1,205.29 | $0.00 | $142.58 |
| 22 | LVNV Funding LLC its successors and assigns as | $1,064.27 | $0.00 | $125.90 |
| 23 | Asset Acceptance LLC / Assignee / SBC Illinois | $372.55 | $0.00 | $44.07 |
| 24 | Capital One, N.A. | $461.90 | $0.00 | $54.64 |

**UST Form 101-7-TFR (5/1/2011)**

| 25 | Nicor Gas | $688.06 | $0.00 | $81.39 |
|---|---|---|---|---|

|  |  |
|---|---|
| Total to be paid to timely general unsecured claims: | $5,805.10 |
| Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  |  |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**