**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-13421-JBS |
| | § | |
| Excell   Calhoun, JR | § | |
| Jacqueline D  Calhoun | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Gus A. Paloian, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on April 24, 2014, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated:   3/17/14                    By:  /s/ Gus A. Paloian
                                              Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re:   §   Case No. 09-13421-JBS
         §
Excell Calhoun, JR   §
Jacqueline D Calhoun   §
         §
   Debtor(s)   §

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*   $11,283.44
*and approved disbursements of*   $4,000.00
*leaving a balance on hand of[1]:*   $7,283.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 14 | Wells Fargo Bank Minnesota NA | $39,323.59 | $0.00 | $0.00 | $0.00 |
| 26 | HSBC Mortgage Services, Inc. | $71,215.61 | $0.00 | $0.00 | $0.00 |
| 27 | City of Chicago Department of Water | $644.38 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:   $0.00
Remaining balance:   $7,283.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $1,478.34 | $0.00 | $1,478.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

|  |  |
|---|---|
| Total to be paid for chapter 7 administrative expenses: | $1,478.34 |
| Remaining balance: | $5,805.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  |  |
|---|---|
| Total to be paid to prior chapter administrative expenses: | $0.00 |
| Remaining balance: | $5,805.10 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  |  |
|---|---|
| Total to be paid to priority claims: | $0.00 |
| Remaining balance: | $5,805.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,073.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $1,985.03 | $0.00 | $234.81 |
| 3 | Dell Financial Services L.L.C. | $332.51 | $0.00 | $39.33 |
| 6 | Chase Bank USA NA | $299.13 | $0.00 | $35.39 |
| 7 | Portfolio Recovery Associates, LLC | $8,878.31 | $0.00 | $1,050.25 |
| 8 | Portfolio Recovery Associates, LLC | $644.81 | $0.00 | $76.28 |
| 9 | Premier Bankcard/Charter | $379.37 | $0.00 | $44.88 |
| 10 | CAPITAL ONE BANK (USA), N.A. | $2,569.59 | $0.00 | $303.97 |
| 11 | eCAST Settlement Corporation | $10,180.22 | $0.00 | $1,204.26 |
| 12 | CAPITAL ONE BANK (USA), | $1,179.87 | $0.00 | $139.57 |

UST Form 101-7-NFR (10/1/2010)

| | | | | |
|---|---|---:|---:|---:|
| | N.A. | | | |
| 13 | PRA Receivables Management, LLC | $430.26 | $0.00 | $50.90 |
| 15 | East Bay Funding | $9,304.32 | $0.00 | $1,100.64 |
| 16 | East Bay Funding | $4,968.08 | $0.00 | $587.69 |
| 17 | Jefferson Capital Systems LLC | $921.21 | $0.00 | $108.97 |
| 18 | HSBC Bank USA NA | $1,784.63 | $0.00 | $211.11 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $964.30 | $0.00 | $114.07 |
| 20 | Portfolio Recovery Associates, LLC | $459.89 | $0.00 | $54.40 |
| 21 | Portfolio Recovery Associates, LLC | $1,205.29 | $0.00 | $142.58 |
| 22 | LVNV Funding LLC its successors and assigns as | $1,064.27 | $0.00 | $125.90 |
| 23 | Asset Acceptance LLC / Assignee / SBC Illinois | $372.55 | $0.00 | $44.07 |
| 24 | Capital One, N.A. | $461.90 | $0.00 | $54.64 |
| 25 | Nicor Gas | $688.06 | $0.00 | $81.39 |

        Total to be paid to timely general unsecured claims:    $5,805.10
        Remaining balance:    $0.00

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

        Total to be paid to tardily filed general unsecured claims:    $0.00
        Remaining balance:    $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

        Total to be paid for subordinated claims:    $0.00

UST Form 101-7-NFR (10/1/2010)

Remaining balance: $0.00

Prepared By: /s/ Gus A. Paloian
Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-13421-JBS |
| | § | |
| Excell Calhoun, JR | § | |
| Jacqueline D Calhoun | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $11,283.44
*and approved disbursements of*     $4,000.00
*leaving a balance on hand of*[1] :     $7,283.44

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|---|
| 14 | Wells Fargo Bank Minnesota NA | $39,323.59 | $0.00 | $0.00 | $0.00 |
| 26 | HSBC Mortgage Services, Inc. | $71,215.61 | $0.00 | $0.00 | $0.00 |
| 27 | City of Chicago Department of Water | $644.38 | $0.00 | $0.00 | $0.00 |

Total to be paid to secured creditors:     $0.00
Remaining balance:     $7,283.44

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee Fees | $1,478.34 | $0.00 | $1,478.34 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

|  | Total to be paid for chapter 7 administrative expenses: | $1,478.34 |
|---|---|---|
|  | Remaining balance: | $5,805.10 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

|  | Total to be paid to prior chapter administrative expenses: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,805.10 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

|  | Total to be paid to priority claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $5,805.10 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $49,073.60 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 11.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | $1,985.03 | $0.00 | $234.81 |
| 3 | Dell Financial Services L.L.C. | $332.51 | $0.00 | $39.33 |
| 6 | Chase Bank USA NA | $299.13 | $0.00 | $35.39 |
| 7 | Portfolio Recovery Associates, LLC | $8,878.31 | $0.00 | $1,050.25 |
| 8 | Portfolio Recovery Associates, LLC | $644.81 | $0.00 | $76.28 |
| 9 | Premier Bankcard/Charter | $379.37 | $0.00 | $44.88 |
| 10 | CAPITAL ONE BANK (USA), N.A. | $2,569.59 | $0.00 | $303.97 |
| 11 | eCAST Settlement Corporation | $10,180.22 | $0.00 | $1,204.26 |
| 12 | CAPITAL ONE BANK (USA), | $1,179.87 | $0.00 | $139.57 |

UST Form 101-7-NFR (10/1/2010)

|    |                                              |            |       |          |
|----|----------------------------------------------|------------|-------|----------|
|    | N.A.                                         |            |       |          |
| 13 | PRA Receivables Management, LLC              | $430.26    | $0.00 | $50.90   |
| 15 | East Bay Funding                             | $9,304.32  | $0.00 | $1,100.64|
| 16 | East Bay Funding                             | $4,968.08  | $0.00 | $587.69  |
| 17 | Jefferson Capital Systems LLC                | $921.21    | $0.00 | $108.97  |
| 18 | HSBC Bank USA NA                             | $1,784.63  | $0.00 | $211.11  |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC           | $964.30    | $0.00 | $114.07  |
| 20 | Portfolio Recovery Associates, LLC           | $459.89    | $0.00 | $54.40   |
| 21 | Portfolio Recovery Associates, LLC           | $1,205.29  | $0.00 | $142.58  |
| 22 | LVNV Funding LLC its successors and assigns as | $1,064.27 | $0.00 | $125.90  |
| 23 | Asset Acceptance LLC / Assignee / SBC Illinois | $372.55  | $0.00 | $44.07   |
| 24 | Capital One, N.A.                            | $461.90    | $0.00 | $54.64   |
| 25 | Nicor Gas                                    | $688.06    | $0.00 | $81.39   |

Total to be paid to timely general unsecured claims:     $5,805.10
Remaining balance:     $0.00

    Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

    Tardily filed general (unsecured) claims are as follows: NONE

Total to be paid to tardily filed general unsecured claims:     $0.00
Remaining balance:     $0.00

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

Total to be paid for subordinated claims:     $0.00

UST Form 101-7-NFR (10/1/2010)

|  |  |
|---|---|
| Remaining balance: | $0.00 |

Prepared By: /s/ Gus A. Paloian
              Trustee

Gus A. Paloian
131 S. Dearborn Street
Suite 2400
Chicago, IL, 60603

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                            United States Bankruptcy Court
                             Northern District of Illinois
In re:                                                            Case No. 09-13421-JBS
Excell Calhoun, JR                                                Chapter 7
Jacqueline D Calhoun
         Debtors                    CERTIFICATE OF NOTICE
District/off: 0752-1          User: mgonzalez              Page 1 of 3                   Date Rcvd: Mar 18, 2014
                              Form ID: pdf006              Total Noticed: 53


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 20, 2014.
db/jdb        +Excell Calhoun, JR,   Jacqueline D Calhoun,    16905 Glen Oaks Dr,
                Country Club Hills, IL 60478-2149
13789190      +Barclays Bank Delaware,    Attention:  Customer Support Department,    Po Box 8833,
                Wilmington, DE 19899-8833
13789191      +Billmelater.com c/o Bill Me Later,    9690 Deereco Road 7th Floor,
                Lutherville Timonium, MD 21093-6991
14074666     ++CAPITAL ONE,   PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court:  CAPITAL ONE BANK (USA), N.A.,    C/O TSYS DEBT MANAGEMENT (TDM),
                PO BOX 5155,   NORCROSS, GA   30091)
13789202     ++CITIBANK,   PO BOX 790034,    ST LOUIS MO 63179-0034
               (address filed with court:  Citibank Usa,   Attn.: Centralized  Bankruptcy,    Po Box 20507,
                Kansas City, MO 64195)
19180706      +Capital One, N.A.,   Bass & Associates, P.C.,    3936 E. Ft. Lowell Rd., Suite 200,
                Tucson, AZ 85712-1083,   Telephone: (520)577-1544 (Servicer)
13789194      +Ccs/meta-blaze,   Po Box 5065,    Sioux Falls, SD 57117-5065
13789195      +Central Financial Control,   Attn: Bankruptcy,    Po Box 66044,   Anaheim, CA 92816-6044
13789196      +Chase,   800 Brooksedge Blvd,    Westerville, OH 43081-2822
13960707       Chase Bank USA NA,   PO BOX 15145,    Wilmington, DE 19850-5145
13789201      +Chase- BP,   Attention: Banktruptcy Department,    Po Box 100018,   Kennesaw, GA 30156-9204
13789203      +City of Chicago Department of Water,    333 South State Street,    Suite l110,
                Chicago, IL 60604-3957
13789204     ++DELL FINANCIAL SERVICES,    P O BOX 81577,   AUSTIN TX 78708-1577
               (address filed with court:  Dell Financial Services,   Attn: Bankruptcy Dept.,    12234 North Ih 35,
                Austin, TX 78753)
13789206      +DSRM National Bank/Diamond Shamrock,    Po Box 631,   Amarillo, TX 79105-0631
13789205      +Direct Merchants Bank,    Card Member Services - GSC,   Po Box 5246,    Carol Stream, IL 60197-5246
13789208      +First Premier Bank,   3820 N Louise Ave,    Sioux Falls, SD 57107-0145
13789209     +++HSBC Auto Finance,   PO Box 829009,    Dallas, TX 75382-9009
14268387      +HSBC Bank Nevada, N.A.,    (Menards),   Bass & Associates, P.C.,
                3936 E. Ft. Lowell Rd, Suite 200,    Tucson, AZ 85712-1083
14159590      +HSBC Bank USA NA,   PO Box 2103,    Buffalo, NY 14240-2103
14514939     +++HSBC Mortgage Services, Inc.,    PO Box 21188,   Eagan, MN 55121-0188
13789210      +Hsbc Bank,   Attn: Bankruptcy,    Po Box 5253,   Carol Stream, IL 60197-5253
13789213       Hsbc Bank Usa Na,   Pob 4604,    Buffalo, NY 14240
13789214      +Hsbc/ms,   Po Box 9068,   Brandon, FL 33509-9068
13789215       Illinois Department of Family Servi,    State Disbursement Unit,    Carol Stream, IL 60197
14155717      +Jefferson Capital Systems LLC,    Purchased From BARCLAYS BANK DELAWARE,    PO BOX 7999,
                SAINT CLOUD MN 56302-7999,    Orig By: BARCLAYS BANK (DELAWARE)
14266717     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Recovery Associates, LLC,    PO Box 41067,
                Norfolk, VA 23541)
14097602      +PRA Receivables Management, LLC,    As Agent Of Portfolio Recovery Assocs.,    c/o The Home Depot,
                POB 41067,   NORFOLK VA 23541-1067
14163201      +PRA Receivables Management, LLC as agent of,    HSBC Bank Nevada, N.A.,    P.O. Box 12907,
                Norfolk, VA 23541-0907
21404860     +++Santander Consumer USA Inc,    as Assignee for HSBC,   P.O. BOX 961245,
                Fort Worth, TX 76161-0244
19042832      +Santander consumer usa,    Po box 961245,   Fort worth, TX 76161-0244
13789217     +++Sherwin Williams Credit Union,    16230 Prince Drive,   South Holland, IL 60473-3233
13969389      +Tonya Calhoun,   1779 225th Street,    Chicago Heights, IL 60411-5604
13789218       Tonya Calhoun c/o,   Illinois Department of Family Servi,    State Dispersement Unit,
                Carol Stream, IL 60197
13789219     ++US BANK,   PO BOX 5229,   CINCINNATI OH 45201-5229
               (address filed with court:  Us Bank/na Nd,   Attn: Bankruptcy Dept,    Po Box 5229,
                Cincinnati, OH 45201)
13958147      +Wells Fargo Bank,   MAC X2303-01A,    PO Box 14469,   Des Moines, IA 50306-3469
13789220     +++Wells Fargo Bank,   Pierce & Associates,    1 North Dearborn Suite 1300,    Chicago, IL 60602-4373
14120861     +++Wells Fargo Bank Minnesota NA,    America's Servicing Co (EAgle Capital),    3476 Stateview Blvd,
                Fort Mill, SC 29715-7203
20066082      +Wells Fargo Bank Nv Na,    PO Box 31557,   Billings, MT 59107-1557
13817510     +++Wells Fargo Bank, N.A.,    c/o Wells Fargo Card Services,    P.O. Box 9210,
                Des Moines, IA 50306-9210
13789221      +Wells Fargo Card Ser,    Po Box 5058,   Portland, OR 97208-5058
13789222      +Wells Fargo Home Mortgage,    Attention: Bankruptcy Department MAC-X,    3476 Stateview Blvd.,
                Fort Mill, SC 29715-7203
15200707       eCAST Settlement Corporation,    POB 35480,   Newark, NJ 07193-5480
20339218      +eCAST Settlement Corporation,    c/o Bass & Associates, P.C.,    3936 E Ft. Lowell, Suite 200,
                Tucson, AZ 85712-1083
```

```
District/off: 0752-1           User: mgonzalez              Page 2 of 3                  Date Rcvd: Mar 18, 2014
                               Form ID: pdf006              Total Noticed: 53
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
20066081       +E-mail/Text: g20956@att.com Mar 19 2014 00:37:48      ATT,    PO Box 6416,
                 Carol Stream, IL 60197-6416
14201573       +E-mail/Text: BANKRUPTCY@ASSETACCEPTANCE.COM Mar 19 2014 00:37:28
                 Asset Acceptance LLC / Assignee / SBC Illinois,    Po Box 2036,    Warren MI 48090-2036
13853895        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2014 00:42:26
                 Dell Financial Services L.L.C.,    c/o Resurgent Capital Services,    PO Box 10390,
                 Greenville, SC 29603-0390
18095947       +E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2014 00:42:26      East Bay Funding,
                 c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
13789207       +E-mail/Text: creditonebknotifications@resurgent.com Mar 19 2014 00:37:18
                 First National Bank of Marin/Credit One,    Customer Service,    Po Box 98873,
                 Las Vegas, NV 89193-8873
14194160        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2014 00:42:51
                 LVNV Funding LLC its successors and assigns as,    assignee of MHC Receivables, LLC,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
14292521       +E-mail/Text: bankrup@aglresources.com Mar 19 2014 00:37:14       Nicor Gas,    PO Box 549,
                 Aurora IL 60507-0549
13789216       +E-mail/Text: bankrup@aglresources.com Mar 19 2014 00:37:14       Nicor Gas,
                 Attention: Bankruptcy Department,    1844 Ferry Road,    Naperville, IL 60563-9662
14025906       +E-mail/Text: csidl@sbcglobal.net Mar 19 2014 00:37:45      Premier Bankcard/Charter,    PO BOX 2208,
                 Vacaville CA 95696-8208
14149960        E-mail/PDF: resurgentbknotifications@resurgent.com Mar 19 2014 00:42:00      Roundup Funding, LLC,
                 MS 550,    PO Box 91121,    Seattle, WA 98111-9221
                                                                                               TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13789192*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
                 Norcross, GA 30091)
13789193*     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
                (address filed with court: Capital 1 Bank,     Attn: C/O TSYS Debt Management,    Po Box 5155,
                 Norcross, GA 30091)
13789197*      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13789198*      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13789199*      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13789200*      +Chase,    800 Brooksedge Blvd,    Westerville, OH 43081-2822
13789211*      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
13789212*      +Hsbc Bank,    Attn: Bankruptcy,    Po Box 5253,    Carol Stream, IL 60197-5253
14270837*     ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
                (address filed with court: PORTFOLIO RECOVERY ASSOCIATES, LLC,     PO BOX 41067,
                 NORFOLK, VA 23541)
21404711*      +Santander Consumer USA,    P.O. Box 961245,    Fort Worth, TX 76161-0244
                                                                                TOTALS: 0, * 10, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '+++' were transmitted to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(e).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 20, 2014                                          Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 17, 2014 at the address(es) listed below:
              Andrew J Nelson    on behalf of Creditor   WELLS FARGO BANK anelson@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Christine  Thurston    on behalf of Debtor Excell  Calhoun, JR cthurston@robertjsemrad.com
              Christine  Thurston    on behalf of Joint Debtor Jacqueline D Calhoun cthurston@robertjsemrad.com
```

```
District/off: 0752-1          User: mgonzalez              Page 3 of 3                   Date Rcvd: Mar 18, 2014
                              Form ID: pdf006              Total Noticed: 53
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)

```
              Courtenay Martin Wilson    on behalf of Joint Debtor Jacqueline D Calhoun
               cwilson@robertjsemrad.com, rjscourtdocs@gmail.com
              Courtenay Martin Wilson    on behalf of Debtor Excell  Calhoun, JR cwilson@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Dana N O'Brien    on behalf of Creditor    WELLS FARGO BANK dobrien@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Gus A Paloian    gpaloian@seyfarth.com,
               gpaloian@ecf.epiqsystems.com;gp@trustesolutions.net;jmcmanus@seyfarth.com
              Janna L Quarless    on behalf of Debtor Excell  Calhoun, JR jquarless@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Janna L Quarless    on behalf of Joint Debtor Jacqueline D Calhoun jquarless@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Jose G Moreno    on behalf of Creditor    HSBC Mortgage Services, Inc. nd-one@il.cslegal.com
              Lydia Y Siu    on behalf of Creditor    WELLS FARGO BANK lsiu@atty-pierce.com,
               northerndistrict@atty-pierce.com
              Patrick  Semrad    on behalf of Debtor Excell  Calhoun, JR psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick  Semrad    on behalf of Joint Debtor Jacqueline D Calhoun psemrad@robertjsemrad.com,
               rjscourtdocs@gmail.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Ryan A Blay    on behalf of Debtor Excell  Calhoun, JR RyanBlay@robertjsemrad.com
              Ryan A Blay    on behalf of Joint Debtor Jacqueline D Calhoun RyanBlay@robertjsemrad.com
              Toni  Dillon    on behalf of Creditor    Wells Fargo Bank, N.A. tdillon@atty-pierce.com,
               northerndistrict@atty-pierce.com
                                                                                                TOTAL: 17
```