UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   09-13421 |
| EXCELL CALHOUN, JR., AND | ) | |
| JACQUELINE D. CALHOUN | ) | Chapter: 7 |
| | ) | |
| | ) | Honorable Jack Schmetterer |
| | ) | |
| Debtor(s) | ) | |

### ORDER ALLOWING FINAL TRUSTEE COMPENSATION

This matter coming to be heard on the Trustee's First and Final Application for Compensation; due and proper notice having been given; and the Court being fully advised in these premises:

IT IS HEREBY ORDERED that Gus A. Paloian, Trustee is allowed final compensation in the amount of $1,478.34; and

IT IS FURTHER ORDERED that the Trustee is authorized to pay the amount awarded from the funds on hand in the Estate as part of his final distribution in this case.

Enter:   /s/ Jack B. Schmetterer

Honorable Jack B. Schmetterer
United States Bankruptcy Judge

Dated:  April 24, 2014

**Prepared by:**

Gus A. Paloian (06188186)
James B. Sowka (6291998)
Seyfarth Shaw LLP
131 South Dearborn Street
Chicago, Illinois  60603
Telephone:  (312) 460-5000
Facsimile:  (312) 460-7000