**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-13421-JBS |
| | § | |
| Excell   Calhoun, JR | § | |
| Jacqueline D  Calhoun | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

Gus A. Paloian, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report.  The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law.  The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $173,932.00 | Assets Exempt: | $48,600.00 |
| Total Distributions to Claimants: | $5,805.10 | Claims Discharged Without Payment: | $0.00 |
| Total Expenses of Administration: | $1,478.34 | | |

3) Total gross receipts of $11,283.44  (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $4,000.00 (see **Exhibit 2**), yielded net receipts of $7,283.44 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $227,015.00 | $164,291.97 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,478.34 | $1,478.34 | $1,478.34 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $59,218.00 | $49,073.60 | $49,073.60 | $5,805.10 |
| **Total Disbursements** | $286,233.00 | $214,843.91 | $50,551.94 | $7,283.44 |

4). This case was originally filed under chapter 13 on 04/15/2009. The case was converted to one under Chapter 7 on 02/14/2013. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 06/20/2014     By:  /s/ Gus A. Paloian
                                    Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| 2004 Chevrolet Malibu Sedan 4D, 93,000 Miles Value per NADA | 1129-000 | $11,283.44 |
| **TOTAL GROSS RECEIPTS** | | $11,283.44 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| JACQUELINE D. CALHOUN | Exemptions | 8100-002 | $4,000.00 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | $4,000.00 |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 2 | Sherwin Williams Credit Union | 4110-000 | $10,367.00 | $10,367.00 | $0.00 | $0.00 |
| 4 | HSBC Auto Finance | 4110-000 | $0.00 | $16,705.20 | $0.00 | $0.00 |
| 5 | Wells Fargo Bank | 4110-000 | $0.00 | $26,036.19 | $0.00 | $0.00 |
| 14 | Wells Fargo Bank Minnesota NA | 4110-000 | $0.00 | $39,323.59 | $0.00 | $0.00 |
| 26 | HSBC Mortgage Services, Inc. | 4110-000 | $0.00 | $71,215.61 | $0.00 | $0.00 |
| 27 | City of Chicago Department of Water | 4110-000 | $0.00 | $644.38 | $0.00 | $0.00 |
| | City of Chicago Department of Water | 4110-000 | $600.00 | $0.00 | $0.00 | $0.00 |
| | HSBC Auto Finance | 4110-000 | $16,568.00 | $0.00 | $0.00 | $0.00 |
| | Hsbc Bank Usa Na | 4110-000 | $1,831.00 | $0.00 | $0.00 | $0.00 |
| | Hsbc/ms | 4110-000 | $70,525.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Bank Nv Na | 4110-000 | $25,825.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $101,299.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | |
|---|---|---|---|---|
| **TOTAL SECURED CLAIMS** | $227,015.00 | $164,291.97 | $0.00 | $0.00 |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| GUS A. PALOIAN, TRUSTEE, Trustee | 2100-000 | NA | $1,478.34 | $1,478.34 | $1,478.34 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $1,478.34 | $1,478.34 | $1,478.34 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS
NONE

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Illinois Department of Family Servi | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | Tonya Calhoun c/o | 5800-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Wells Fargo Bank, N.A. | 7100-000 | $0.00 | $1,985.03 | $1,985.03 | $234.81 |
| 3 | Dell Financial Services L.L.C. | 7100-000 | $0.00 | $332.51 | $332.51 | $39.33 |
| 6 | Chase Bank USA NA | 7100-000 | $0.00 | $299.13 | $299.13 | $35.39 |
| 7 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $8,878.31 | $8,878.31 | $1,050.25 |
| 8 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $644.81 | $644.81 | $76.28 |
| 9 | Premier Bankcard/Charter | 7100-000 | $0.00 | $379.37 | $379.37 | $44.88 |
| 10 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $0.00 | $2,569.59 | $2,569.59 | $303.97 |
| 11 | eCAST Settlement | 7100-000 | $0.00 | $10,180.22 | $10,180.22 | $1,204.26 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Corporation | | | | | |
| 12 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | $0.00 | $1,179.87 | $1,179.87 | $139.57 |
| 13 | PRA Receivables Management, LLC | 7100-000 | $0.00 | $430.26 | $430.26 | $50.90 |
| 15 | East Bay Funding | 7100-000 | $0.00 | $9,304.32 | $9,304.32 | $1,100.64 |
| 16 | East Bay Funding | 7100-000 | $0.00 | $4,968.08 | $4,968.08 | $587.69 |
| 17 | Jefferson Capital Systems LLC | 7100-000 | $0.00 | $921.21 | $921.21 | $108.97 |
| 18 | HSBC Bank USA NA | 7100-000 | $0.00 | $1,784.63 | $1,784.63 | $211.11 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 7100-000 | $0.00 | $964.30 | $964.30 | $114.07 |
| 20 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $459.89 | $459.89 | $54.40 |
| 21 | Portfolio Recovery Associates, LLC | 7100-000 | $0.00 | $1,205.29 | $1,205.29 | $142.58 |
| 22 | LVNV Funding LLC its successors and assigns as | 7100-000 | $0.00 | $1,064.27 | $1,064.27 | $125.90 |
| 23 | Asset Acceptance LLC / Assignee / SBC Illinois | 7100-000 | $0.00 | $372.55 | $372.55 | $44.07 |
| 24 | Capital One, N.A. | 7100-000 | $0.00 | $461.90 | $461.90 | $54.64 |
| 25 | Nicor Gas | 7100-000 | $0.00 | $688.06 | $688.06 | $81.39 |
| | Barclays Bank Delaware | 7100-000 | $921.00 | $0.00 | $0.00 | $0.00 |
| | Billmelater.com c/o Bill Me Later | 7100-000 | $800.00 | $0.00 | $0.00 | $0.00 |
| | Capital 1 Bank | 7100-000 | $10,180.00 | $0.00 | $0.00 | $0.00 |
| | Capital 1 Bank | 7100-000 | $1,140.00 | $0.00 | $0.00 | $0.00 |
| | Ccs/meta-blaze | 7100-000 | $254.00 | $0.00 | $0.00 | $0.00 |
| | Central Financial Control | 7100-000 | $77.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $9,304.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $9,076.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $4,968.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $1,796.00 | $0.00 | $0.00 | $0.00 |
| | Chase | 7100-000 | $658.00 | $0.00 | $0.00 | $0.00 |
| | Chase- BP | 7100-000 | $270.00 | $0.00 | $0.00 | $0.00 |
| | Citibank Usa | 7100-000 | $430.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Dell Financial Services | 7100-000 | $394.00 | $0.00 | $0.00 | $0.00 |
| Direct Merchants Bank | 7100-000 | $11,147.00 | $0.00 | $0.00 | $0.00 |
| DSRM National Bank/Diamond | 7100-000 | $138.00 | $0.00 | $0.00 | $0.00 |
| First National Bank of Marin/Credit | 7100-000 | $1,048.00 | $0.00 | $0.00 | $0.00 |
| First Premier Bank | 7100-000 | $560.00 | $0.00 | $0.00 | $0.00 |
| Hsbc Bank | 7100-000 | $1,170.00 | $0.00 | $0.00 | $0.00 |
| Hsbc Bank | 7100-000 | $964.00 | $0.00 | $0.00 | $0.00 |
| Hsbc Bank | 7100-000 | $500.00 | $0.00 | $0.00 | $0.00 |
| Nicor Gas | 7100-000 | $916.00 | $0.00 | $0.00 | $0.00 |
| Us Bank/na Nd | 7100-000 | $462.00 | $0.00 | $0.00 | $0.00 |
| Wells Fargo Card Ser | 7100-000 | $2,045.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | $59,218.00 | $49,073.60 | $49,073.60 | $5,805.10 |

**UST Form 101-7-TDR (10/1/2010)**

Case 09-13421 Doc 113 Filed 07/28/14 Entered 07/28/14 14:58:54 Desc Main
Document Page 7 of 10

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 1    Exhibit 8

| Case No.: | 09-13421-JBS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | Date Filed (f) or Converted (c): | 02/14/2013 (c) |
| For the Period Ending: | 6/20/2014 | §341(a) Meeting Date: | 03/13/2013 |
| | | Claims Bar Date: | 06/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | Homestead located at 16942 Briargate Dr., Country Club Hills, IL 60478 Joint on deed, wife's name only on mortgage Value per comps | $123,466.00 | $0.00 | | $0.00 | FA |
| 2 | Rental Property located at 7440 S. Parnell, Chicago, IL, 60621 Value per comps | $72,966.00 | $70,535.00 | | $0.00 | FA |
| 3 | Shore Bank savings account | $500.00 | $0.00 | | $0.00 | FA |
| 4 | Chase checking/savings account | $300.00 | $0.00 | | $0.00 | FA |
| 5 | Used furniture and household goods | $500.00 | $0.00 | | $0.00 | FA |
| 6 | Used clothing | $500.00 | $0.00 | | $0.00 | FA |
| 7 | 401K - 100% exempt | $10,000.00 | $0.00 | | $0.00 | FA |
| 8 | 2008 Federal Income Tax Refund - $8123, spent on property repairs, credit card repayment $2000 remaining | $2,000.00 | $0.00 | | $0.00 | FA |
| 9 | 2004 Chevrolet Malibu Sedan 4D, 93,000 Miles Value per NADA | $6,500.00 | $4,100.00 | | $11,283.44 | FA |
| 10 | 2004 Ford F150 Pickup-1/2 Ton-V8 Regular Cab XLT, 63,000 Miles Value per NADA | $9,900.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**

| | $226,632.00 | $74,635.00 | | $11,283.44 | **Gross Value of Remaining Assets** $0.00 |
|---|---|---|---|---|---|

**Major Activities affecting case closing:**

The Trustee administered the asset and the insurance loss proceeds were deposited into the account on March 20, 2013. The claims bar date was June 20, 2013. The Trustee is in the process of resolving secured claims in order to close the case.

**Initial Projected Date Of Final Report (TFR):** 09/30/2013    **Current Projected Date Of Final Report (TFR):**

/s/ GUS A. PALOIAN

GUS A. PALOIAN

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-13421-JBS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8962 | Checking Acct #: | ******0218 |
| Co-Debtor Taxpayer ID #: | **-***8963 | Account Title: | EXCELL AND JACQUELINE CALHOUN |
| For Period Beginning: | 4/15/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/20/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 03/20/2013 | (9) | STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY | INSURANCE LOSS SETTLEMENT PROCEEDS | 1129-000 | $11,283.44 | | $11,283.44 |
| 03/26/2013 | 1001 | JACQUELINE D. CALHOUN | DEBTOR'S EXEMPTION | 8100-002 | | $4,000.00 | $7,283.44 |
| 02/07/2014 | 1002 | INTERNATIONAL SURETIES | Bond Payment | 2300-000 | | $5.83 | $7,277.61 |
| 02/07/2014 | 1002 | STOP PAYMENT: INTERNATIONAL SURETIES | BOND PREMIUM ALLOCATION ERROR | 2300-004 | | ($5.83) | $7,283.44 |
| 04/25/2014 | 1003 | GUS A. PALOIAN, TRUSTEE | Trustee Compensation | 2100-000 | | $1,478.34 | $5,805.10 |
| 04/25/2014 | 1004 | Wells Fargo Bank, N.A. | Claim #: 1; Distribution Dividend: 11.83; | 7100-000 | | $234.81 | $5,570.29 |
| 04/25/2014 | 1005 | Dell Financial Services L.L.C. | Claim #: 3; Distribution Dividend: 11.83; | 7100-000 | | $39.33 | $5,530.96 |
| 04/25/2014 | 1006 | Chase Bank USA NA | Claim #: 6; Distribution Dividend: 11.83; | 7100-000 | | $35.39 | $5,495.57 |
| 04/25/2014 | 1007 | Portfolio Recovery Associates, LLC | Claim #: 7; Distribution Dividend: 11.83; | 7100-000 | | $1,050.25 | $4,445.32 |
| 04/25/2014 | 1008 | Portfolio Recovery Associates, LLC | Claim #: 8; Distribution Dividend: 11.83; | 7100-000 | | $76.28 | $4,369.04 |
| 04/25/2014 | 1009 | Premier Bankcard/Charter | Claim #: 9; Distribution Dividend: 11.83; | 7100-000 | | $44.88 | $4,324.16 |
| 04/25/2014 | 1010 | CAPITAL ONE BANK (USA), N.A. | Claim #: 10; Distribution Dividend: 11.83; | 7100-000 | | $303.97 | $4,020.19 |
| 04/25/2014 | 1011 | eCAST Settlement Corporation | Claim #: 11; Distribution Dividend: 11.83; | 7100-000 | | $1,204.26 | $2,815.93 |
| 04/25/2014 | 1012 | CAPITAL ONE BANK (USA), N.A. | Claim #: 12; Distribution Dividend: 11.83; | 7100-000 | | $139.57 | $2,676.36 |
| 04/25/2014 | 1013 | PRA Receivables Management, LLC | Claim #: 13; Distribution Dividend: 11.83; | 7100-000 | | $50.90 | $2,625.46 |
| 04/25/2014 | 1014 | East Bay Funding | Claim #: 15; Distribution Dividend: 11.83; | 7100-000 | | $1,100.64 | $1,524.82 |
| 04/25/2014 | 1015 | East Bay Funding | Claim #: 16; Distribution Dividend: 11.83; | 7100-000 | | $587.69 | $937.13 |
| 04/25/2014 | 1016 | Jefferson Capital Systems LLC | Claim #: 17; Distribution Dividend: 11.83; | 7100-000 | | $108.97 | $828.16 |
| 04/25/2014 | 1017 | HSBC Bank USA NA | Claim #: 18; Distribution Dividend: 11.83; | 7100-000 | | $211.11 | $617.05 |
| 04/25/2014 | 1018 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Claim #: 19; Distribution Dividend: 11.83; | 7100-000 | | $114.07 | $502.98 |
| 04/25/2014 | 1019 | Portfolio Recovery Associates, LLC | Claim #: 20; Distribution Dividend: 11.83; | 7100-000 | | $54.40 | $448.58 |
| 04/25/2014 | 1020 | Portfolio Recovery Associates, LLC | Claim #: 21; Distribution Dividend: 11.83; | 7100-000 | | $142.58 | $306.00 |
| 04/25/2014 | 1021 | LVNV Funding LLC its successors and assigns as | Claim #: 22; Distribution Dividend: 11.83; | 7100-000 | | $125.90 | $180.10 |
| | | | | **SUBTOTALS** | $11,283.44 | $11,103.34 | |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-13421-JBS | Trustee Name: | Gus A. Paloian |
|---|---|---|---|
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8962 | Checking Acct #: | ******0218 |
| Co-Debtor Taxpayer ID #: | **-***8963 | Account Title: | EXCELL AND JACQUELINE CALHOUN |
| For Period Beginning: | 4/15/2009 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/20/2014 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 04/25/2014 | 1022 | Asset Acceptance LLC / Assignee / SBC Illinois | Claim #: 23; Distribution Dividend: 11.83; | 7100-000 | | $44.07 | $136.03 |
| 04/25/2014 | 1023 | Capital One, N.A. | Claim #: 24; Distribution Dividend: 11.83; | 7100-000 | | $54.64 | $81.39 |
| 04/25/2014 | 1024 | Nicor Gas | Claim #: 25; Distribution Dividend: 11.83; | 7100-000 | | $81.39 | $0.00 |
| | | | **TOTALS:** | | $11,283.44 | $11,283.44 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | Subtotal | | $11,283.44 | $11,283.44 | |
| | | | Less: Payments to debtors | | $0.00 | $4,000.00 | |
| | | | **Net** | | $11,283.44 | $7,283.44 | |

**For the period of  4/15/2009 to 6/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $11,283.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,283.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $7,283.44 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $11,283.44 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 03/20/2013 to 6/20/2014**

| | |
|---|---|
| Total Compensable Receipts: | $11,283.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,283.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| Total Compensable Disbursements: | $7,283.44 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $11,283.44 |
| Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 09-13421-JBS | | Trustee Name: | Gus A. Paloian |
| --- | --- | --- | --- | --- |
| Case Name: | CALHOUN, JR, EXCELL AND CALHOUN, JACQUELINE D | | Bank Name: | East West Bank |
| Primary Taxpayer ID #: | **-***8962 | | Checking Acct #: | ******0218 |
| Co-Debtor Taxpayer ID #: | **-***8963 | | Account Title: | EXCELL AND JACQUELINE CALHOUN |
| For Period Beginning: | 4/15/2009 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 6/20/2014 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
| --- | --- | --- | --- |
| | $11,283.44 | $11,283.44 | $0.00 |

**For the period of 4/15/2009 to 6/20/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $11,283.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,283.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,283.44 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $11,283.44 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 02/14/2013 to 6/20/2014**

| | |
| --- | --- |
| Total Compensable Receipts: | $11,283.44 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $11,283.44 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $7,283.44 |
| Total Non-Compensable Disbursements: | $4,000.00 |
| Total Comp/Non Comp Disbursements: | $11,283.44 |
| Total Internal/Transfer Disbursements: | $0.00 |